WALKENE ROLLE v. STATE.

160 So. 893.
Division B.
Decision Filed April 22, 1935.

*George S. Okell,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

PER CURIAM.—We have examined the transcript of the record and given due consideration to the briefs and arguments presented in behalf of the respective parties, and our conclusion is that no harmful or reversible error appears. The judgment of the court below will therefore be affirmed.

Affirmed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.